**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

## IN THE SUPREME COURT OF THE STATE OF NEVADA

STEVEN J. BANK,
Petitioner,
vs.
THE CITY OF LAS VEGAS,
Respondent.

No. 66141

**FILED**

SEP 18 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DENYING PETITION

This is a proper person petition for extraordinary relief. Petitioner seeks an order directing the court to reconsider the denial of a motion to change judge. Without deciding upon the merits of any claims raised in the documents submitted in this matter, we decline to exercise our original jurisdiction. Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

14-30965

cc: Chief Judge, Eighth Judicial District Court
Hon. Joseph T. Bonaventure, Senior Judge
Steven J. Bank
Las Vegas City Attorney/Criminal Division
Eighth District Court Clerk